1  RUSSELL P. BROWN (SBN: 084505)
   R. SCOTT SOKOL (SBN: 185815)
2  MATTHEW P. NUGENT (SBN: 214844)
   JOHN F. HUGHES (SBN: 111638)
3  GORDON & REES LLP
   101 W. Broadway, Suite 2000
4  San Diego, California 92101
   Telephone: (619) 696-6700
5  Facsimile: (619) 696-7124
   E-mail: RBrown@gordonrees.com
6  E-mail: SSokol@gordonrees.com

7  Attorneys for Plaintiffs THE MARINE GROUP, LLC dba MARINE GROUP BOAT WORKS
8  and NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PENNSYLVANIA

9              **UNITED STATES DISTRICT COURT**

10            **SOUTHERN DISTRICT OF CALIFORNIA**

11 | THE MARINE GROUP, LLC dba MARINE ) CASE NO. 10-CV-00846-BTM-BGS
   | GROUP BOAT WORKS and NATIONAL )
12 | UNION FIRE INSURANCE CO. OF ) **THIRD SUPPLEMENTAL DISCLOSURE**
   | PITTSBURGH, PENNSYLVANIA, ) **PURSUANT TO RULE 26 BY**
13 |                              ) **PLAINTIFFS THE MARINE GROUP,**
   |            Plaintiffs        ) **LLC dba MARINE GROUP BOAT**
14 |                             ) **WORKS and NATIONAL UNION FIRE**
   |     v.                       ) **INSURANCE CO. OF PITTSBURGH,**
15 |                             ) **PENNSYLVANIA**
   | MARINE TRAVELIFT, INC.; OLSON )
16 | FABRICATION, INC.; ALL-LIFT SYSTEMS, ) ACTION FILED: March 16, 2010
   | INC.; and DOES 1-20,         ) TRIAL DATE: Not Set
17 |                             )
   |            Defendants.       )
18 |                             )
   |                             )
19 |_____)

20        Come now Plaintiffs THE MARINE GROUP, LLC dba MARINE GROUP

21 BOAT WORKS and NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH

22 ("Plaintiffs") and pursuant to Rule 26(e), make their Third Supplemental Disclosure.

23        1.    Chartis File #M012898 "Damage to Katrion" spreadsheet and back-up

24 documentation for Survey Fees, and related documents.

25        2.    Chartis File #M012898 "Damage to Katrion" spreadsheet and back-up

26 documentation for Owner's Expenses (retained) and Claims per contract with Insured,

27 and related documents.

28 ///

Gordon & Rees LLP
101 W. Broadway
Suite 2000
San Diego, CA 92101

3.      Chartis File #M012898 "Damage to Katrion" spreadsheet and back-up documentation for Repairs to Katrion, and related documents.

4.      Chartis File #M012810 "Repairs to Katrion" spreadsheet and back-up documentation for Repairs and Sue & Labor Expenses, and related documents.

5.      Chartis File #M012810 "Repairs to Katrion" spreadsheet and back-up documentation for CPA Expenses (Investigation) and Expert Fees, and related documents.

6.      Chartis File #M012810 "Repairs to Katrion" spreadsheet and back-up documentation for Survey Fees, and related documents.

7.      Chartis File #M012711 "Damage to Crane (Travelift)" spreadsheet and back-up documentation for Repairs, and related documents.

8.      Chartis File #M012711 "Damage to Crane (Travelift)" spreadsheet and back-up documentation for Survey Fees, and related documents.

9.      MARINE GROUP, LLC dba MARINE GROUP BOAT WORKS payment information concerning its insurance deductible ($50,000) incurred in connection with the claims arising out of the subject incident, and related documents.

10.     Reports of testing of Sling Links dated February 4, 2009 by INSPECTESTING.

DATED: May __, 2012                         GORDON & REES LLP


                                            By: _____
                                                Russell P. Brown
                                                R. Scott Sokol
                                                John F. Hughes
                                                Attorneys for Plaintiffs THE MARINE
                                                GROUP, LLC dba MARINE GROUP
                                                BOAT WORKS and NATIONAL UNION
                                                FIRE INSURANCE CO. OF
                                                PITTSBURGH, PENNSYLVANIA
                                                E-mail:  RBrown@gordonrees.com
                                                E-mail:  SSokol@gordonrees.com

| Claim No | Feature No | Payment Status | Tran.Date | Tr | ▲ Payment Type | Cheque Number | Total Payment |
|----------|------------|----------------|-----------|----|----------------|---------------|---------------|
| M012810 | A | | | | | | |
| M012810 | A | Accepted | 2/24/2009 18:05 | 21 | INDEMNITY | 70028088 | 1042.5 |
| M012810 | A | Accepted | 5/15/2009 19:31 | 21 | INDEMNITY | 70030540 | 1335.5 |
| M012810 | A | Accepted | 6/29/2009 18:22 | 21 | INDEMNITY | 70031683 | 1045 |
| M012810 | A | Accepted | 5/15/2009 19:37 | 21 | INDEMNITY | 70030542 | 24547.36 |
| M012810 | A | Accepted | 7/1/2009 13:53 | 21 | INDEMNITY | 70031792 | 2687.3 |
| M012810 | A | Accepted | 8/20/2009 12:40 | 21 | INDEMNITY | 70033179 | 19151.6 |
| M012810 | A | Accepted | 10/21/2009 17:11 | 21 | INDEMNITY | 70034692 | 1249.02 |
| M012810 | A | Authorised | 10/21/2009 18:47 | 22 | INDEMNITY | 70034693 | 300000 |
| M012810 | A | Accepted | 7/1/2009 17:20 | 21 | INDEMNITY | 70031793 | 46469.27 |
| M012810 | A | Accepted | 7/1/2009 17:25 | 21 | INDEMNITY | 70031794 | 13343.7 |
| M012810 | A | Accepted | 8/19/2009 19:50 | 21 | INDEMNITY | 70033158 | 63886.27 |
| M012810 | A | Authorised | 10/12/2009 15:59 | 21 | INDEMNITY | 70034422 | 200000 |
| M012810 | A | Authorised | 10/15/2009 14:19 | 21 | INDEMNITY | 70034544 | 300000 |
| M012810 | A | Authorised | 12/14/2010 13:49 | 22 | INDEMNITY | 77006044 | 18570.64 |

| M012810 | A | Accepted | 5/15/2009 19:34 | 21 | INDEMNITY | 70030541 | 7802.71 |
| M012810 | A | Accepted | 8/20/2009 13:43 | 21 | INDEMNITY | 70033180 | 6439.77 |
| M012810 | A | Authorised | 4/18/2011 8:51 | 23 | SUBROGATIO N EXPENSE | 77007640 | 5996.66 |
| M012810 | A | Accepted | 1/13/2011 10:07 | 23 | SUBROGATIO N EXPENSE | 77006405 | 745.5 |
| M012810 | A | Authorised | 1/13/2011 10:02 | 23 | SUBROGATIO N EXPENSE | 77006404 | 18745.71 |

| Payee Name | In Payment Of | Payment Currency | Requi.No | Account line |
|---|---|---|---|---|
| CHRISTIAN & COMPANY MARINE SURVEYORS, iNC. | PAYMENT | 001-UNITED STATES DOLLAR | 1042543 | 50-INDEMNITY |
| CHRISTIAN & COMPANY MARINE SURVEYORS, iNC. | PAYMENT | 001-UNITED STATES DOLLAR | 1049112 | 50-INDEMNITY |
| CHRISTIAN & COMPANY MARINE SURVEYORS, iNC. | PAYMENT | 001-UNITED STATES DOLLAR 001-UNITED STATES | 1052086 | 50-INDEMNITY |
| MARINE GROUP BOAT WORKS | FINAL PAYMENT | UNITED STATES DOLLAR | 1059191 | 50-INDEMNITY |
| MARINE GROUP BOAT WORKS | PAYMENT | 001-UNITED STATES DOLLAR | 1052247 | 50-INDEMNITY |
| MARINE GROUP BOAT WORKS | PAYMENT | 001-UNITED STATES DOLLAR | 1052248 | 50-INDEMNITY |
| MARINE GROUP BOAT WORKS | PARTIAL PAYMENT | 001-UNITED STATES DOLLAR | 1055458 | 50-INDEMNITY |
| MARINE GROUP BOAT WORKS | PARTIAL PAYMENT | 001-UNITED STATES DOLLAR | 1058506 | 50-INDEMNITY |
| MARINE GROUP BOAT WORKS | PARTIAL PAYMENT | 001-UNITED STATES DOLLAR | 1058721 | 50-INDEMNITY |
| RGL, INC. | several invoices | 001-UNITED STATES DOLLAR | 1077341 | 50-INDEMNITY |

| | | | | |
|---|---|---|---|---|
| VOLLMER CONSTRUCTION CONSULTANCY | PAYMENT | 001-UNITED STATES DOLLAR | 1049113 | 50-INDEMNITY |
| VOLLMER CONSTRUCTION CONSULTANCY | PAYMENT | 001-UNITED STATES DOLLAR | 1055511 | 50-INDEMNITY |
| BRANSFORD PICKETT | PAYMENT | 001-UNITED STATES DOLLAR | 1080509 | 50-INDEMNITY |
| CHRISTIAN & COMPANY MARINE SURVEYORS, INC. | PAYMENT | 001-UNITED STATES DOLLAR | 1078047 | 50-INDEMNITY |
| | | 001-UNITED STATES | | |

**Search Results**

| Claim No | Feature No | Payment Status | Tran.Date | Tr | Payment Type | Cheque Number | Total Payment |
|---|---|---|---|---|---|---|---|
| M012898 | A | Accepted | 2/18/2011 12:25 | 21 | INDEMNITY | 77006937 | 4565.35 |
| M012898 | A | Authorised | 8/4/2010 14:24 | 21 | INDEMNITY | 77003885 | 6306.3 |
| M012898 | A | Accepted | 2/3/2010 11:49 | 21 | INDEMNITY | 77000112 | 1365 |
| M012898 | A | Authorised | 5/16/2011 14:56 | 23 | SUBROGATION EXPENSE | 77007956 | 49857.21 |
| M012898 | A | Authorised | 5/27/2011 10:40 | 23 | SUBROGATION EXPENSE | 77008075 | 67394.89 |
| M012898 | A | Authorised | 6/29/2011 10:21 | 23 | SUBROGATION EXPENSE | 77008481 | 31648.82 |
| M012898 | A | Authorised | 2/2/2012 15:30 | 23 | SUBROGATION EXPENSE | 77010160 | 38678.3 |
| M012898 | A | Authorised | 8/3/2010 20:56 | 21 | INDEMNITY | 77003852 | 23374.25 |
| M012898 | A | Authorised | 9/28/2010 10:35 | 21 | SUBROGATION EXPENSE | 77004860 | 20109.83 |
| M012898 | A | Authorised | 11/8/2010 10:39 | 21 | SUBROGATION EXPENSE | 77005517 | 8143.25 |
| M012898 | A | Authorised | 12/21/2010 9:51 | 21 | SUBROGATION EXPENSE | 77006153 | 18745.71 |
| M012898 | A | Authorised | 9/8/2011 16:23 | 21 | SUBROGATION EXPENSE | 77009056 | 59257.22 |
| M012898 | A | Authorised | 11/29/2011 5:46 | 21 | SUBROGATION EXPENSE | 77009718 | 55195.92 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| M012898 | A | Accepted | 12/2/2009 17:38 | 21 | INDEMNITY | 70035695 | 10000 |
| M012898 | A | Accepted | 12/2/2009 17:36 | 21 | INDEMNITY | 70035694 | 5853.71 |
| M012898 | A | Authorised | 2/25/2011 15:49 | 22 | INDEMNITY | 0 | 216000 |
| M012898 | A | Authorised | 1/19/2012 10:35 | 22 | INDEMNITY | 77010093 | 49262.1 |
| M012898 | A | Accepted | 3/17/2010 19:23 | 21 | INDEMNITY | 77001107 | 582000 |
| M012898 | A | Accepted | 4/9/2010 18:51 | 21 | INDEMNITY | 77001556 | 300000 |
| M012898 | A | Authorised | 5/13/2010 21:06 | 21 | INDEMNITY | 77002301 | 600000 |
| M012898 | A | Authorised | 5/21/2010 18:47 | 21 | INDEMNITY | 77002505 | 240000 |
| M012898 | A | Authorised | 5/27/2010 19:58 | 21 | INDEMNITY | 77002613 | 600000 |
| M012898 | A | Authorised | 8/18/2010 8:02 | 21 | INDEMNITY | 77004163 | 240000 |
| M012898 | A | Authorised | 9/7/2010 8:41 | 21 | INDEMNITY | 77004484 | 240000 |
| M012898 | A | Authorised | 9/17/2010 8:34 | 21 | INDEMNITY | 77004704 | 400000 |
| M012898 | A | Authorised | 12/9/2010 11:16 | 21 | INDEMNITY | 77005949 | 240000 |
| M012898 | A | Authorised | 2/14/2011 9:05 | 21 | INDEMNITY | 77006864 | 117467.28 |
| M012898 | A | Accepted | 12/10/2009 20:10 | 21 | INDEMNITY | 70035949 | 700000 |

M012898   A          Accepted   1/20/2010 20:48   21          INDEMNITY 70036888   300000

| Payee Name | In Payment Of | Payment Currency | Requi.No | Account line |
|---|---|---|---|---|
| CHRISTIAN & COMPANY MARINE SURVEYORS, iNC. | PAYMENT | 001- UNITED STATES DOLLAR | 1079038 | 50- INDEMNITY |
| CHRISTIAN AND COMPANY MARINE SURVEYORS | PAYMENT | 001- UNITED STATES DOLLAR | 1073133 | 50- INDEMNITY |
| Gordon & Rees, LLP | PAYMENT | 001- UNITED STATES DOLLAR | 1064972 | 50- INDEMNITY |
| GORDON AND REES LLP | PAYMENT | 001- UNITED STATES DOLLAR | 1081075 | 50- INDEMNITY |
| GORDON AND REES LLP | PAYMENT | 001- UNITED STATES DOLLAR | 1081421 | 50- INDEMNITY |
| GORDON AND REES LLP | PARTIAL PAYMENT | 001- UNITED STATES DOLLAR | 1082117 | 50- INDEMNITY |
| GORDON AND REES LLP | PAYMENT | 001- UNITED STATES DOLLAR | 1084987 | 50- INDEMNITY |
| GORDON AND REES LLP | PAYMENT | 001- UNITED STATES DOLLAR | 1073119 | 50- INDEMNITY |
| GORDON AND REES LLP | PAYMENT | 001- UNITED STATES DOLLAR | 1075019 | 50- INDEMNITY |
| GORDON AND REES LLP | PAYMENT | 001- UNITED STATES DOLLAR | 1076302 | 50- INDEMNITY |
| GORDON AND REES LLP | PAYMENT | 001- UNITED STATES DOLLAR | 1077608 | 50- INDEMNITY |
| GORDON AND REES LLP | PAYMENT | 001- UNITED STATES DOLLAR | 1083156 | 50- INDEMNITY |
| GORDON AND REES LLP | PARTIAL PAYMENT | 001- UNITED STATES DOLLAR | 1084326 | 50- INDEMNITY |

| | | | | |
|---|---|---|---|---|
| Gordon Rees Client Trust Account | PAYMENT | 001-UNITED STATES DOLLAR | 1061519 | 50-INDEMNITY |
| Law Offices Gordon & Rees, LLP | PAYMENT | 001-UNITED STATES DOLLAR | 1061518 | 50-INDEMNITY |
| Norwegian Hull Club | FINAL PAYMENT | 001-UNITED STATES DOLLAR | 1079242 | 50-INDEMNITY |
| THE MARINE GROUP | FINAL PAYMENT | 001-UNITED STATES DOLLAR | 1084880 | 50-INDEMNITY |
| THE MARINE GROUP | PARTIAL PAYMENT | 001-UNITED STATES DOLLAR | 1067184 | 50-INDEMNITY |
| THE MARINE GROUP | PARTIAL PAYMENT | 001-UNITED STATES DOLLAR | 1068162 | 50-INDEMNITY |
| THE MARINE GROUP | PARTIAL PAYMENT | 001-UNITED STATES DOLLAR | 1069844 | 50-INDEMNITY |
| THE MARINE GROUP | PARTIAL PAYMENT | 001-UNITED STATES DOLLAR | 1070305 | 50-INDEMNITY |
| THE MARINE GROUP | PARTIAL PAYMENT | 001-UNITED STATES DOLLAR | 1070519 | 50-INDEMNITY |
| THE MARINE GROUP | PARTIAL PAYMENT | 001-UNITED STATES DOLLAR | 1073646 | 50-INDEMNITY |
| THE MARINE GROUP | PARTIAL PAYMENT | 001-UNITED STATES DOLLAR | 1074243 | 50-INDEMNITY |
| THE MARINE GROUP | PARTIAL PAYMENT | 001-UNITED STATES DOLLAR | 1074698 | 50-INDEMNITY |
| THE MARINE GROUP | PARTIAL PAYMENT | 001-UNITED STATES DOLLAR | 1077156 | 50-INDEMNITY |
| THE MARINE GROUP | PARTIAL PAYMENT | 001-UNITED STATES DOLLAR | 1078878 | 50-INDEMNITY |
| The Marine Group Boat Works | PARTIAL PAYMENT | 001-UNITED STATES DOLLAR | 1062208 | 50-INDEMNITY |

| THE MARINE GROUP BOATWORKS | PARTIAL PAYMENT | 001-UNITED STATES DOLLAR | 1064273 | 50-INDEMNITY |

CHARTIS FILE #M012810
Repairs to Katrion (Primiary File)

| Trans.Date | Cheque Number | Total Payment | Payee Name |
|---|---|---|---|
| 12/14/2010 | 77006044 | 18570.64 | RGL, Inc. |
| 5/15/2009 | 70030541 | 7802.71 | Volmer Construction Consultancy |
| 8/20/2009 | 70033180 | 6439.77 | Volmer Construction Consultancy |
| | | | |
| | TOTAL | 32813.12 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Comments |
|---|
| CPA Expenses (Investigation) |
| Expert Fees |
| Expert Fees |
| |
| |
| |
| |
| |
| |
| |

Chartis File #M012898
Damage to Katrion

| Trans.Date | Cheque Number | Total Payment | Payee Name |
|---|---|---|---|
| 2/18/2011 | 77006937 | 4565.35 | Christian & Company Marine Surveyeors |
| 8/4/2010 | 77003885 | 6306.3 | Christian & Company Marine Surveyeors |
|  |  |  |  |
|  | TOTAL | 10871.65 |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Comments |
|---|
| Survey Fees |
| Survey Fees |
| |
| |
| |
| |
| |
| |
| |
| |

# INSPEC TESTING

1413 Wilson Ave.   National City. Ca. 91950   619-477-3670   Fax 619-477-3604

## RADIOGRAPHIC WORK & INTERPRETATION RECORD

| DATE: February 4, 2009 | | INSPEC JOB NO.: 10607-09 | | | P.O. #: VERBAL |
|---|---|---|---|---|---|

**CUSTOMER:** MARINE GROUP     **PROCEDURE NO.:** N/A

| VISUAL INSPECTION PROCEDURE NDT-4 | ACCEPT ☒ | REJECT ☐ | | |
|---|---|---|---|---|

RADIOGRAPHY PROCEDURE
NDT-8:   ☒ T9074-AS-GIB-010/271   ☐ MIL-STD-453   ☐ AWS   ☐ ASME   ☐ API   ☐ ANSI

WELD TYPE:   ☐ PROCEDURE   ☐ PERFORMANCE QUAL     WELDER:   N/A     I.D.   N/A

| WELD LEVEL ☐ ROOT   ☐ INT   ☒ FINAL | JOINT ☐ BUTT   ☐ INSERT   ☐ BK STRIP/RING   ☒ OTHER | ORIGINAL /REPAIR NO. ORIGINAL |
|---|---|---|

| WELD SURFACE ☒ AS WELDED   ☐ SMOOTH   ☐ ROUGH | DEGREE RADIOGRAPHED ☐ 360   ☐ 60 ☒ 100% | NPS/SCHED PLATE | TM N/A | TS N/A | RADIATION THROUGH ☒ ONE WALL   ☐ TWO WALLS |
|---|---|---|---|---|---|

| MATERIAL ALUMINUM | X-RAY MACH N/A | KVP RATE N/A | FOC. SIZE N/A | KV USED N/A | MA N/A | TIME 3. MINUTES | DISTANCE 16" | ANGLE OF BEAM STRAIGHT |
|---|---|---|---|---|---|---|---|---|

| ISOTOPE Ir-192 | CURIES 26.1 | SIZE (PHYS.) .118" X .059" | FILM DENSITY PENE  N/A   AREA 2.46 | FILM TYPE KODAK MX125 | SIZE 5" X 7" | NO. EXPOSURES 8 |
|---|---|---|---|---|---|---|

| FILM LOAD ☒ SINGLE   ☐ MULT | Pb. SCREENS ☒ FRONT 0.005   ☒ BACK 0.010 | SHIM MATERIAL N/A SHIM THICKNESS N/A | PENETRAMETER GROUP [N/A] | SIZE N/A | PENETRAMETER LOCATION ☒ FILM SIDE ☐ SOURCE SIDE |
|---|---|---|---|---|---|

RADIOGRAPHER: PATRICK MCCLURE JR        INTERPRETER: PATRICK MCCLURE JR. NDT II

| REQUIRED RADIOGRAPHIC QUALITY LEVEL   N/A | SINGLE WALL ☒   DOUBLE WALL ☐ | VIEWING SINGLE ☒   SUPER-IMPOSED ☐ |
|---|---|---|

RADIOGRAPHIC ACCEPTANCE STD.:   ☒ MS 2035A CLASS I   ☐ AWS D1.1   ☐ ASME VIII   ☐ ANSI   ☐ API

**REMARKS:**

| WELD/ PART IDENTIFICATION | VIEW | WELD LENGTH | DEFECT LENGTH | ACCEPT | REJECT | REMARKS |
|---|---|---|---|---|---|---|
| SLING ASSEMBLY | | | | ☐ | ☐ | |
| | | | | ☐ | ☐ | |
| NEW. | 1 | 4" | | ☐ | ☒ | ALIGNED POROSITY |
| | 2 | 4" | | ☒ | ☐ | |
| | 3 | 4" | | ☐ | ☒ | POROSITY |
| | 4 | 4" | | ☐ | ☒ | ALIGNED POROSITY |
| | 5 | 4" | | ☐ | ☒ | LACK OF FUSION POROSITY |
| | 6 | 4" | | ☒ | ☐ | |
| | 7 | 4" | | ☐ | ☒ | GAS POCKETS |
| | 8 | 4" | | ☐ | ☒ | ALIGNED POROSITY GAS POCKETS. |
| | | | | ☐ | ☐ | |

# INSPEC TESTING

**1413 Wilson Ave.  National City. Ca. 91950  619-477-3670  Fax 619-477-3604**

## RADIOGRAPHIC WORK & INTERPRETATION RECORD

| | | | |
|---|---|---|---|
| **DATE:** February 4, 2009 | **INSPEC JOB NO.:** 10607A-09 | | **P.O. #:** VERBAL |

| | | | |
|---|---|---|---|
| **CUSTOMER:** MARINE GROUP | | **PROCEDURE NO.:** N/A | |

**VISUAL INSPECTION PROCEDURE**    ACCEPT ☒    REJECT ☐
NDT-4

**RADIOGRAPHY PROCEDURE**
NDT-8: ☒ T9074-AS-GIB-010/271 ☐ MIL-STD-453 ☐ AWS ☐ ASME ☐ API ☐ ANSI

**WELD TYPE:** ☐ PROCEDURE    ☐ PERFORMANCE QUAL    **WELDER:** N/A    **I.D.** N/A

| WELD LEVEL | JOINT | ORIGINAL /REPAIR NO. |
|---|---|---|
| ☐ ROOT   ☐ INT   ☒ FINAL | ☐ BUTT ☐ INSERT ☐ BK STRIP/RING ☒ OTHER | ORIGINAL |

| WELD SURFACE | DEGREE RADIOGRAPHED | NPS/SCHED | TM | TS | RADIATION THROUGH |
|---|---|---|---|---|---|
| ☒ AS WELDED ☐ SMOOTH ☐ ROUGH | ☐ 360 ☐ 60 ☒ 100% | PLATE | N/A | N/A | ☒ ONE WALL ☐ TWO WALLS |

| MATERIAL | X-RAY MACH | KVP RATE | FOC. SIZE | KV USED | MA | TIME | DISTANCE | ANGLE OF BEAM |
|---|---|---|---|---|---|---|---|---|
| ALUMINUM | N/A | N/A | N/A | N/A | N/A | 3. MINUTES | 16" | STRAIGHT |

| ISOTOPE | CURIES | SIZE (PHYS.) | FILM DENSITY | | FILM TYPE | SIZE | NO. EXPOSURES |
|---|---|---|---|---|---|---|---|
| Ir-192 | 26.1 | .118" X .059" | PENE N/A | AREA 2.46 | KODAK MX125 | 5" X 7" | 8 |

| FILM LOAD | Pb. SCREENS | SHIM MATERIAL N/A | | PENETRAMETER LOCATION |
|---|---|---|---|---|
| ☒ SINGLE | ☒ FRONT 0.005 | SHIM THICKNESS N/A | PENETRAMETER SIZE | ☐ FILM SIDE ☐ SOURCE SIDE |
| ☐ MULT | ☒ BACK 0.010 | | GROUP [N/A]  N/A | |

**RADIOGRAPHER:** PATRICK MCCLURE JR     **INTERPRETER:** PATRICK MCCLURE JR. NDT II

**REQUIRED RADIOGRAPHIC QUALITY LEVEL** N/A    SINGLE WALL ☒   DOUBLE WALL ☐    VIEWING   SINGLE ☒   SUPER-IMPOSED ☐

**RADIOGRAPHIC ACCEPTANCE STD.:** ☒ MS 2035A CLASS I   ☐ AWS D1.1   ☐ ASME VIII   ☐ ANSI   ☐ API

**REMARKS:**

| WELD/ PART IDENTIFICATION | VIEW | WELD LENGTH | DEFECT LENGTH | ACCEPT | REJECT | REMARKS |
|---|---|---|---|---|---|---|
| SLING ASSEMBLY | | | | ☐ | ☐ | |
| | | | | ☐ | ☐ | |
| N4. | 1 | 4" | | ☐ | ☒ | ALIGNED POROSITY |
| | 2 | 4" | | ☐ | ☒ | LACK OF FUSION |
| | 3 | 4" | | ☐ | ☒ | POROSITY |
| | 4 | 4" | | ☐ | ☒ | ALIGNED POROSITY |
| | 5 | 4" | | ☐ | ☒ | POROSITY |
| | 6 | 4" | | ☐ | ☒ | POROSITY LACK OF FUSION |
| | 7 | 4" | | ☐ | ☒ | POROSITY LACK OF FUSION |
| | 8 | 4" | | ☐ | ☒ | POROSITY GAS POCKETS. |
| | | | | ☐ | ☐ | |



**1413 Wilson Ave.  National City. Ca. 91950  619-477-3670  Fax 619-477-3604**

## RADIOGRAPHIC WORK & INTERPRETATION RECORD

**DATE:** February 4, 2009     **INSPEC JOB NO.:** 10607B-09     **P.O. #:** VERBAL

| | |
|---|---|
| **CUSTOMER:** MARINE GROUP | **PROCEDURE NO.:** N/A |

VISUAL INSPECTION PROCEDURE    **ACCEPT**    **REJECT**
NDT-4       ☒       ☐

RADIOGRAPHY PROCEDURE
NDT-8:    ☒ T9074-AS-GIB-010/271   ☐ MIL-STD-453   ☐ AWS   ☐ ASME   ☐ API   ☐ ANSI

WELD TYPE: ☐ PROCEDURE    ☐ PERFORMANCE QUAL    WELDER: N/A     I.D. N/A

WELD LEVEL       JOINT       ORIGINAL /REPAIR NO.
☐ ROOT   ☐ INT   ☒ FINAL    ☐ BUTT   ☐ INSERT   ☐ BK STRIP/RING   ☒ OTHER    ORIGINAL

WELD SURFACE    DEGREE RADIOGRAPHED   NPS/SCHED   TM   TS   RADIATION THROUGH
☒ AS WELDED ☐ SMOOTH ☐ ROUGH   ☐ 360 ☐ 60 ☒ 100%   PLATE N/A   N/A   N/A   ☒ ONE WALL ☐ TWO WALLS

| MATERIAL ALUMINUM | X-RAY MACH N/A | KVP RATE N/A | FOC. SIZE N/A | KV USED N/A | MA N/A | TIME 3. MINUTES | DISTANCE 16" | ANGLE OF BEAM STRAIGHT |
|---|---|---|---|---|---|---|---|---|
| ISOTOPE Ir-192 | CURIES 26.1 | SIZE (PHYS.) .118" X .059" | FILM DENSITY PENE N/A   AREA 2.46 | | FILM TYPE KODAK MX125 | | SIZE 5" X 7" | NO. EXPOSURES 8 |

FILM LOAD    Pb. SCREENS   SHIM MATERIAL N/A
☒ SINGLE   ☒ FRONT 0.005   SHIM THICKNESS N/A   PENETRAMETER   SIZE   PENETRAMETER LOCATION
☐ MULT    ☒ BACK .000             GROUP [N/A]   N/A   ☐ FILM SIDE ☐ SOURCE SIDE

RADIOGRAPHER: PATRICK MCCLURE JR       INTERPRETER: PATRICK MCCLURE JR NDT II

REQUIRED RADIOGRAPHIC QUALITY LEVEL   N/A    SINGLE WALL ☒   DOUBLE WALL ☐   VIEWING   SINGLE ☒   SUPER-IMPOSED ☐

RADIOGRAPHIC ACCEPTANCE STD.: ☒ MS 2035A CLASS I   ☐ AWS D1.1   ☐ ASME VIII   ☐ ANSI   ☐ API

**REMARKS:**

| WELD/ PART IDENTIFICATION | VIEW | WELD LENGTH | DEFECT LENGTH | ACCEPT | REJECT | REMARKS |
|---|---|---|---|---|---|---|
| SLING ASSEMBLY | | | | ☐ | ☐ | |
| | | | | ☐ | ☐ | |
| N5. | 1 | 4" | | ☐ | ☒ | LACK OF FUSION |
| | 3 | 4" | | ☒ | ☐ | |
| | | | | ☐ | ☐ | |
| | | | | ☐ | ☐ | |
| | | | | ☐ | ☐ | |
| | | | | ☐ | ☐ | |
| | | | | ☐ | ☐ | |
| | | | | ☐ | ☐ | |
| | | | | ☐ | ☐ | |

*The Marine Group, LLC et al. v. Marine Travelift, Inc. et al.*
USDC – Southern District / Case No. 10-CV-00846-BTM-KSC

1

## PROOF OF SERVICE

2     I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery

3     Street, San Francisco, CA 94014. On May 18, 2012, I served the within document:

4     **THIRD SUPPLEMENTAL DISCLOSURE PURSUANT TO RULE 26 BY PLAINTIFFS THE MARTINE GROUP, LLC dba MARINE GROUP BOAT**

5     **WORKS and NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PENNSYLVANIA**

6

7     ☒     by causing the document(s) listed above to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-

8     entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

9

10    ☐     **BY U.S. MAIL [Fed. Rule Civ. Proc. Rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in United

11    States mail in the State of California at San Diego, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing

12    correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the

13    ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

14    ☐     by transmitting via facsimile the document(s) listed above to the fax number(s) set

15    forth below on this date before 5:00 p.m.

16

17    I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

18    Executed on May 18, 2012, at San Francisco, California.

19

20    Vanessa Santellan

21

22

23

24

25

26

27

28

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

1

2   Timothy R. Lord
    Mark K. deLangis
3   Lucas Valley Law
    2110 Elderberry Lane
4   San Rafael, CA  94903
    Phone:  (415) 472-3892
5   Fax:  (415) 472-3977
    Email:  timlordlucasvalleylaw@gmail.com;
6   E-mail per CM/ECF:  lordlbbs@gmail.com
    Email:  mdelangis@lucasvalleylaw.com
7   *Co-Counsel for Defendant MARINE*
    *TRAVELIFT, INC.*

    Stanley Calvert
    Wilson, Elser, Moskowitz, Edelman &
    Dicker LLP
    655 W. Broadway, Suite 900
    San Diego, CA  92101
    Phone:  (619) 321-6200
    Fax:  (619) 321-6201
    Email:  stanley.calvert@wilsonelser.com
    *Co-Counsel for Defendant MARINE*
    *TRAVELIFT, INC.*

8

9   Richard L. Scott, Esq.
    Osman & Associates
10  1980 Orange Tree Lane, Suite 106
    Redlands, CA 92374
11  Tel: (909) 792-0449
    Fax: (909) 798-7896
12  Email: rlscott@travelers.com
    *Attorneys for Defendant SOUTHERN*
13  *WEAVING COMPANY*

    Harvey C. Berger
    Helen Y. Liu
    Pope Berger & Williams, LLP
    3555 Fifth Avenue, Suite 300
    San Diego, CA  92103
    Phone:  (619) 595-1366
    Fax:  (619) 236-9677
    Email:  berger@popeberger.com
    Email:  liu@popeberger.com
    *Attorneys for Defendant ALL-LIFT*
    *SYSTEMS, INC.*

14

15  Craig J. Silver
    Law Offices of Craig J. Silver
16  20201 S.W. Birch Street, Suite 200
    Newport Beach, CA  92660
17  Tel: (949) 222-0505
    Fax: (949) 222-0755
18  Email: csilver@locjs.com
    *Attorneys for Third Party Defendant,*
19  *SEYMOUR MACHINE, INC.*

20

    John M. Fedor
    Daniel P. Fallon
    Farmer Case Hack & Fedor
    402 W. Broadway, Suite 1100
    San Diego, CA 92101
    Tel: (619) 338-0300
    Fax: (619) 338-0180
    Email: Jfedor@farmercase.com
    Email: dfallon@farmercase.com
    *Attorneys for Defendant, JUST IN*
    *TIME CORPORATION*

21

22

23

24

25

26

27

28

PROOF OF SERVICE
USDC Case No. 10-CV-00846-BTM-KSC